UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARYAM GHORIESHI | |
| | ELECTRONICALLY FILED |
| | No.: 3:16-CV-01595-RDM |
| *Plaintiff,* | |
| vs. | Judge: Hon Robert D. Mariani |
| | |
| PENNSYLVANIA STATE | Civil-Action Law |
| UNIVERSITY – HAZELTON | |
| CAMPUS | JURY TRIAL DEMANDED |
| | |
| *Defendant.* | |

### ORDER

AND NOW THIS __11th__ DAY OF __August__, 2017, IT IS ORDERED that Plaintiff's Motion for Voluntary Dismissal pursuant to **F.R.C.P 41 (a)(2)** is **GRANTED** and the above action is **DISMISSED WITH PREJUDICE.**

BY THE COURT:

_____
ROBERT D. MARIANI
United States District Judge